# PD-0511-15

PDR NO. _________

ALVIN PETER HENRY, JR.,    §
   Appellant        §   IN THE COURT OF CRIMINAL

              §

V.                §   APPEALS AT AUSTIN, TEXAS

              §

THE STATE OF TEXAS,      §

   Appellee.         §

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 04 2015
Abel Acosta, Clerk

## MOTION FOR AN EXTENTION OF TIME TO FILE A

## PETITION FOR DISCRETIONARY REVIEW

NOW COMES Alvin Henry, TDCJ #1935874, Appellant in the above-styled and numbered cause, and files his motion for an extention of time pursuant to rule 68.2(c) of the Texas Rules of Appellate Procedure, and shows this Honorable Court GOOD CAUSE to GRANT this motion as follows:

FILED IN
COURT OF CRIMINAL APPEALS
MAY 04 2015
Abel Acosta, Clerk

1. The Appellant was affirmed on April 16, 2015, by the Sixth Court of Appeals at Texarkana. See Henry v. State, No.06-14-001-30-CR, 6th Court of Appeals at Texarkana, Affirmed 04-16-15.

2. There has been no motion for rehearing filed or en banc reconsideration filed, that the Appellant knows of.

3. The Appellant is seeking for a 60 days extention in order for the Appellant to properly file his Petition in a proper manner. The due date is currently on May 16, 2015. The 60 day extention will set the proposed date to July 15, 2015.

4. The Appellant is unable to read or write above a jr. high school level and will need assistance from the unit's paralibrarians, to aid in his research, preparations, and filing of Appellant's Petition.

5. The Coffield Unit's law Library only allows for offenders to conduct research, or

to have 10-15 hours per week to conduct their research, properly prepare for filing, and repling to any Court documents required.

6. The Appellant believes that he can meet the deadline on July 15, 2015, in order for this Court to review in a timely manner.

## PRAYER

The Appellant prays that this Honorable Court will GRANT this motion and reset the due date to July 15, 2015, or in the alternative, reset the current due date to a reasonable time frame in order for the Appellant to properly file his Petition on his own behalf.

## INMATE DECLARATION

I, Alvin Henry, Jr., TDCJ #1935874, being currently incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. EXECUTED THIS DAY OF APRIL 24, 2015.

X _____
Alvin Henry, jr.
1935874-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884

## PROOF OF MAILING

I, Alvin Henry, Jr., TDCJ #1935874, declares under the penalty of perjury that I have placed this motion in the internal mail box of the Coffield unit in Anderson County, Texas on April 24, 2015.

X _____
Alvin Henry, Jr.
#1935874-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro-se.